# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ABUEG,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00178 LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 10) |

    The plaintiff has filed a notice of voluntary dismissal without prejudice. (Doc. 10) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: __**March 21, 2019**__                **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE