UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ABUEG, an individual; on his own behalf and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL, et al.,<br><br>Defendants. | CASE No. 1:19-cv-00178-LJO-JLT<br><br>[**PROPOSED**] **ORDER ON STIPULATION TO FILE FIRST AMENDED ANSWER**<br><br>(Doc. 21) |

Based upon the stipulation of counsel, the Court **ORDERS:**

1. Defendant San Joaquin Community Hospital, d.b.a. Adventist Health Bakersfield may file its amended answer to add a Twenty-Fifth Affirmative Defense, within 14 days.

IT IS SO ORDERED.

Dated: __**June 24, 2019**__          __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE