# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ABUEG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00178 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 26) |

The plaintiff reports the parties have come to terms of settlement. (Doc. 26) He indicates they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than January 3, 2020**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**November 5, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE